■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE MCBRIDE, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Santagata, J.), imposed February 8, 1985.

Sentence affirmed. No opinion.

This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (5). Mollen, P. J., Thompson, Niehoff and Eiber, JJ., concur.